**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Robert Hovel and Tania Hovel v. Gal  Batzri

Appellate case number:    01-14-00305-CV

Trial court case number:  2013-43259A

Trial court:              234th District Court of Harris County

On April 15, 2014, Counsel for appellants filed an Unopposed Motion to Use Agreed Appellate Record.  The motion is **GRANTED**.  The agreed record was also filed on April 15, 2014.  Appellant's brief is due May 15, 2014.  TEX. R. APP. P. 38.6(a).

It is so ORDERED.

Judge's signature: /s/ Harvey Brown

        X  Acting individually      ☐  Acting for the Court

Date:  April 29, 2014